IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL JONES,**<br>             **Plaintiff,**<br><br>            v.<br><br>**PENNSYLVANIA STATE POLICE,**<br>**CRAIG ACORD AND MIKE TINNENY,**<br>             **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 16-4205** |

# O R D E R

**AND NOW**, this 21st day of December, 2016, upon consideration Defendants Pennsylvania State Police ("PSP") and Mike Tinneny's [ECF No. 19] Partial Motion to Dismiss the Plaintiff's First Amended Complaint, and the opposition thereto [ECF No. 20], **IT IS ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) The motion to dismiss the PHRA claims against the PSP is **GRANTED**. Count Two is **DISMISSED** against the PSP.

(2) The motion to dismiss the Title VII and PHRA disparate treatment sex discrimination claims against the PSP and Tinneny is **GRANTED**. The disparate treatment claims in Count One and Count Two are **DISMISSED**.

(3) The motion to dismiss the Title VII retaliation claims against the PSP and Tinneny, and the remaining PHRA retaliation claim against Tinneny is **DENIED.**

(4) The motion to dismiss the Title VII hostile work environment claims against the PSP and Tinneny, and the remaining PHRA hostile work environment claims against Tinneny is **DENIED**.

(5) The motion to dismiss the PHRA accomplice claims against Tinneny is **DENIED**.

                                                                BY THE COURT:


                                                                /s/ Wendy Beetlestone
                                                                _____
                                                                **WENDY BEETLESTONE, J.**