# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL JONES,**<br>    Plaintiff,<br><br>v.<br><br>**PENNSYLVANIA STATE POLICE AND MIKE TINNENY,**<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-4205 |

# O R D E R

**AND NOW**, this 2nd day of October, 2017, upon consideration of Defendants Pennsylvania State Police ("PSP") and Mike Tinneny's Motion for Summary Judgment (ECF No. 39), Plaintiff Rachel Jones's Response in Opposition thereto (ECF No. 42), and Defendants PSP and Tinneny's Reply (ECF No. 44), **IT IS HEREBY ORDERED** that the motion for summary judgment is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) The motion for summary judgment as to the Title VII and PHRA hostile work environment claims against PSP and Tinneny is **DENIED**.

(2) The motion for summary judgment as to the Title VII and PHRA retaliation claims against PSP and Tinneny is **GRANTED**.

(3) The motion for summary judgment as to the aiding-and-abetting claim under the PHRA against Tinneny for aiding and abetting a hostile work environment is **DENIED**.

(4) The motion for summary judgment as to the aiding-and-abetting claim under the PHRA against Tinneny for aiding and abetting retaliation is **GRANTED**.

                                      **BY THE COURT:**

                                      **/s/Wendy Beetlestone, J.**

                                      _____

                                      **WENDY BEETLESTONE, J.**