# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL JONES,<br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**PENNSYLVANIA STATE POLICE AND MIKE TINNENY,**<br>　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 16-4205 |

# **O R D E R**

**AND NOW**, this 11th day of May, 2018, upon consideration of Defendants' Motion for New Trial, or in the Alternative, to Alter or Amend the Judgment (ECF No. 91); Plaintiff's Response in Opposition Thereto (ECF No. 110); Defendants' Reply in Support of Their Motion for New Trial, or in the Alternative, to Alter or Amend the Judgment (ECF No. 102); and Plaintiff's Sur-Reply (ECF No. 111), **IT IS ORDERED** that Defendants' motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**