# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL JONES,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**PENNSYLVANIA STATE POLICE AND MIKE TINNENY,**<br>　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 16-4205 |

## O R D E R

**AND NOW**, this 11th day of May, 2018, upon consideration of Plaintiff's Petition for Award of Attorney's Fees and Costs (ECF No. 83), Defendants' Response in Opposition to Plaintiff's Petition for Attorney's Fees (ECF No. 100); Plaintiff's Reply Brief in Support of Petition for Award of Attorney's Fees and Costs (ECF No. 108); and Plaintiff's Third Supplemental Time Sheet (ECF No. 112), **IT IS ORDERED** that Plaintiff's petition is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) Defendants' request for a 50% downward adjustment to the lodestar is **GRANTED**;
(2) Plaintiff's request for an upward adjustment is **DENIED**;
(3) Plaintiff's counsel is entitled to **$93,192.50** in attorney's fees; and
(4) Plaintiff's counsel is entitled to **$8,875.40** in costs.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**